IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathan Fonder, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| Chicago Police Officers Adam Maseth, Star No. 9439, and Cary Cooper, Star No. 15955 | ) ) ) | **JURY DEMANDED** |
| | ) | |
| Defendants. | ) | |

**JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

**PARTIES**

3. At all times herein mentioned, Plaintiff Jonathan Fonder ("Fonder") was within the jurisdiction of this court. Fonder was born in October, 1996.

4. At all times herein mentioned, Chicago Police Officer Adam Maseth, Star No. 9439, ("Maseth") was employed by the Chicago Police Department, and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

5. At all times herein mentioned, Chicago Police Officer Cary Cooper, Star No. 15955, ("Cooper") was employed by the Chicago Police Department, and was acting under color

of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in their individual capacity.

## FACTUAL ALLEGATIONS

6. On May 17, 2013, Plaintiff was lawfully located in a public place near 4039 S. Wabash Avenue in the City of Chicago, Illinois.

7. On that day and place Plaintiff was less than 18 years old.

8. On that day and place Maseth and Cooper seized Plaintiff.

9. Maseth and Cooper did not have legal cause to seize Plaintiff.

10. Plaintiff did not consent to being seized.

11. There was no outstanding arrest warrant for Plaintiff.

12. During the process of seizing Plaintiff Defendants Maseth and Cooper used excessive force against Plaintiff's person.

13. There was no legal cause for Defendants Maseth or Cooper to use any force against Plaintiff.

14. Plaintiff's 18th birthday was in October, 2014.

15. By reason of the above-described acts and omissions of Defendants, Plaintiff sustained injuries, including but not limited to, physical injuries, humiliation and indignities, and suffered great mental and emotional pain and suffering all to their damage in an amount to be ascertained.

16. The aforementioned acts of Defendants were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify the

awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

17. By reason of the above-described acts and omissions of Defendants, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff requests payment by Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

### COUNT I
### Plaintiff Against Maseth and Cooper for
### UNREASONABLE SEIZURE

18. Plaintiff hereby incorporates and realleges paragraphs one (1) through seventeen (17) hereat as though fully set forth at this place.

19. By reason of the conduct of Maseth and Cooper, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

20. Defendants Maseth and Cooper violated the Plaintiffs' Civil Rights in the following manner: The seizure of Plaintiff was without any legal cause. The foregoing was unnecessary, unreasonable and excessive, and was therefore in violation of Plaintiff's rights. Therefore, the Defendants are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT II
### Plaintiff Against Maseth and Cooper for
### EXCESSIVE FORCE

21. Plaintiff, hereby incorporates and realleges one (1) through seventeen (17) hereat as though fully set forth at this place.

22. During and after Plaintiff's seizure, Maseth and Cooper used excessive force against Plaintiff.

23. There was no legal cause for Maseth and Cooper to use force against Plaintiff.

24. By reason of the conduct of Maseth and Cooper, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendment to the Constitution of the United States and laws enacted thereunder. The physical violence inflicted upon Plaintiff was unnecessary, unreasonable, and excessive, and was therefore in violation of his Fourth and/or Fourteenth Amendment Rights. Therefore, Defendants are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff, by and through his attorneys, ED FOX & ASSOCIATES, requests judgment as follows against the Defendants, and each of them:

1. That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. That the Defendants be required to pay Plaintiff's special damages;

3. That Defendants be required to pay Plaintiff's attorneys fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That Defendants be required to pay punitive and exemplary damages in a sum to be ascertained;

5. That the Defendants be required to pay Plaintiff's costs of the suit herein incurred; and

6. That Plaintiff have such other and further relief as this Court may deem just and proper.

          BY:    <u>s/ Garrett Browne</u>
                    ED FOX & ASSOCIATES
                    Attorneys for Plaintiffs
                    300 West Adams
                    Suite 330
                    Chicago, Illinois 60606
                    (312) 345-8877
                    gbrowne@efox-law.com

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

          BY:    <u>s/ Garrett Browne</u>
                    ED FOX & ASSOCIATES
                    Attorneys for Plaintiffs
                    300 West Adams
                    Suite 330
                    Chicago, Illinois 60606
                    (312) 345-8877
                    gbrowne@efox-law.com